UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLI STOWE,

    Plaintiff,

v.                                        Case No: 8:23-02549-KKM-TGW

HILL TOP RESEARCH
INCORPORATED d/b/a
CLIANTHA RESEARCH,

    Defendant.
_____

ORDER

Kelli Stowe sues Hill Top Research Incorporated for alleged violations of Title VII of the Civil Rights Act of 1964, the Florida Civil Rights Act, and 42 U.S.C. § 1981. *See* Compl. (Doc. 1). Hill Top moves to stay the suit in this court and compel arbitration under the dispute resolution agreement between the parties. (Doc. 17). Stowe does not oppose that relief. *See id.* at 11.

Accordingly, the following is **ORDERED**:

1. Defendant's Motion to Compel Arbitration (Doc. 17) is **GRANTED**. The parties shall proceed to binding arbitration as required in the dispute resolution agreement (Doc. 17-1).

2. The Clerk is directed to **STAY** the case, **TERMINATE** any pending motions or deadlines, and to **ADMINISTRATIVELY CLOSE** this case.

3. The parties must file a joint status report on **January 15, 2024**, and **every 90 days** thereafter. The parties must promptly notify the Court of the resolution of the claims asserted in this case.

**ORDERED** in Tampa, Florida, on December 18, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge